UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PAULA RAMBO,**

    *Plaintiff,*

**v.**                                        8:24-cv-417-KKM-AAS

**EXPERIAN INFORMATION SOLUTIONS, INC., and SETTLEMENTONE DATA, LLC,**

    *Defendant.*
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT SETTLEMENTONE DATA, LLC, ONLY

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant SettlementOne Data, LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss SettlementOne Data, LLC from this case with prejudice.

Nothing herein affects Plaintiff's claims against Experian Information Solutions, Inc.

Respectfully submitted on March 21, 2024.

                                           */s/ Fethullah Gulen*
                                           Fethullah Gulen, Esq.
                                           Florida Bar Number: 1045392
                                           Seraph Legal, P. A.

2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-1230
FGulen@SeraphLegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392