UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PAULA RAMBO,**

    *Plaintiff,*

**v.**　　　　　　　　　　　　　　　　**Case No. 8:24-cv-417-KKM-AAS**

**EXPERIAN INFORMATION
SOLUTIONS, INC., and
SETTLEMENTONE DATE, LLC,**

    *Defendants*.
_____/

## STIPULATION FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Paula Rambo, and Defendants, Experian Information Solutions, Inc., and SettlementOne Data, LLC, by and through their undersigned counsel, stipulate to dismiss Experian Information Solutions, Inc., with prejudice, with each party to bear their own attorneys' fees and costs.

Dated August 6, 2024.

[Signatures on following page]

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar No. 1045392
Seraph Legal, P.A.
2124 W. Kennedy Blvd., Ste. A
Tampa, FL 33606
FGulen@Seraphlegal.com
(813)-433-1010
Counsel for Plaintiff

/s/ *Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
Kasowitz Benson Torres LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601
MRuiz@Kasowitz.com
Attorneys for Experian

/s/ *Erica A.N. Kramer*
Erica A.N. Kramer
Florida Bar No. 675385
Hudson Cook, LLP
9431 Bradmore Lane, Suite 201
Ooltewah, TN 37363
(422) 349-0756
Email: ekramer@hudco.com
Counsel for SettlementOne Data

Jennifer L. Sarvadi
(admitted *pro hac vice*)
Hudson Cook, LLP
1909 K Street, N.W. 4th Floor
Washington, D.C. 20006
(202) 715-2002
Email: jsarvadi@hudco.com
Counsel for SettlementOne Data